KLIGER v. ROSENFELD et al. (Supreme Court, Appellate Division, First Department, October, 1910.) Action by Max Kliger against Samuel Rosenfeld and others. No opinion. Motion granted. See memorandum per curiam. Settle order on notice. See, also, 139 App. Div. 906, 124 N. Y. Supp. 1119.

KOFFLER v. RUBIN. (Supreme Court, Appellate Term. February 9, 1911.) Appeal from Municipal Court, Borough of the Bronx, Second District. Action by Simon S. Koffler against Robert J. Rubin. From a judgment in favor of the plaintiff, rendered in the Municipal Court, defendant appeals. Reversed, and complaint dismissed. Robson & Simpson, for appellant. Samuel Koffler, for respondent.

PER CURIAM. In our opinion the weight of testimony is with the defendant. Moreover, there was no consideration for defendant's promise (which is denied) to pay one-half of his commission to plaintiff for refraining from interfering to prevent the adjustment by defendant; the defendant having been retained by the insured to adjust the loss. The judgment is reversed, and the complaint dismissed, with costs to appellant in this court and in the court below.

KOUWENHOVEN v. GIFFORD et al. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by William H. Kouwenhoven against Electa Gifford and others. No opinion. Order affirmed, with $10 costs and disbursements.

KOZLOWSKI, Respondent, v. ROCHESTER, S. & E. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by Anthony Kozlowski against the Rochester, Syracuse & Eastern Railroad Company. No opinion. Motion for reargument denied, with $10 costs. Motion to amend decision denied. See, also, 126 N. Y. Supp. 609.

KRAUSE, Appellant, v. SANDER, Respondent. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Action by John Krause against John U. Sander, as treasurer, etc. No opinion. Judgment (66 Misc. Rep. 601, 122 N. Y. Supp. 54) affirmed, with costs.

KUNTZ, Respondent, v. SMITHSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Louis F. Kuntz against Elizabeth Smithson and another.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to dismiss the complaint for want of prosecution granted, with costs, upon the grounds, first, that the amended complaint does not state facts sufficient to constitute a cause of action, and, second, that no reasonable excuse is offered for delay in the prosecution thereof.

HIRSCHBERG, J., dissents.

LA CLEDE MFG. CO., Respondent, v. GEBHARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by the La Clede Manufacturing Company against Adam F. Gebhard. No opinion. Judgment affirmed, with costs.

In re LAFFARGUE'S ESTATE. (Supreme Court, Appellate Division, First Department. February 24, 1911.) In the matter of J. George Laffargue, deceased. No opinion. Motion granted, and questions certified as stated in order. Order filed. See, also, 126 N. Y. Supp. 965.

LANDER, Respondent, v. LANDER, Appellant (two cases). (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) Action by John Lander against Ella Leora Lander.

PER CURIAM. Order affirmed, without costs.

McLENNAN, P. J., not sitting.

LAPETINA, Appellant, v. GRAND TRUNK RY. CO. OF CANADA, Respondent. (Supreme Court, Appellate Division, Second Department. February 10, 1911.) Action by R. Louis Lapetina against the Grand Trunk Railway Company of Canada. No opinion. Order unanimously affirmed, with $10 costs and disbursements.

LARKINS, Respondent, v. MOHICAN CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by Thomas F. Larkins, as administrator, etc., of James J. Larkins, deceased, against the Mohican Company. No opinion. Judgment and order unanimously affirmed, with costs.

LARSEN, Appellant, v. CARLTON et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Torkel Larsen against Herbert O. Carlton and others. No opinion. Motion granted, without costs.

LARSEN, Appellant, v. McBRIDE et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Torkel Larsen against Daniel E. McBride and others. No opinion. Motion granted, without costs.

LARSON, Respondent, v. NEW YORK CAR WHEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) Action by Otto A. Larson against the New York Car Wheel Company. No opinion. Judgment and order affirmed, with costs.

LATIMER, Respondent, v. McKINNON, Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Oliver C. Latimer against Frank H. McKinnon.